UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, individually
and as Special Representative
of the Heirs and Estate of
CHARLES JERPE, deceased; and
SARAH E. JERPE,

        Plaintiffs,

  v.                                   NO. CIV. S-03-555 LKK/DAD

AEROSPATIALE HELICOPTER CORP.,
a Delaware corporation; MOUNTAIN
LIFE FLIGHT OF NEVADA, LLC., a
Nevada corporation; PITT
HELICOPTERS, INC., a Nevada
corporation; MOUNTAIN AVIATION
SERVICES, a Nevada corporation;
BRUCE H. CHAPMAN; SUNDANCE
HELICOPTER; and ERIC K. DUART,

        Defendants.
_____/

////

////

////

////

1

1     Plaintiffs have filed a motion to amend in the both above-
2 captioned case.  For the reasons set forth on the record at oral
3 argument, the motion is GRANTED.  Plaintiffs are ordered to file
4 their Third Amended Complaint within ten (10) days and to serve
5 same within ten (10) days thereafter.
6     IT IS SO ORDERED.
7     DATED:  August 1, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT