Stephen L. Nelson (SBN 074836)
Bailey & Partners, A Professional Corp.
2828 Donald Douglas Loop
Santa Monica, Ca. 90405
Telephone:      (310) 392-5000
Telephone:      (310) 392-8091

Attorneys for Defendants,
Pitt Helicopters, Inc. and Bruce Chapman

STEPHEN C. KENNEY (SBN 53883)
DONALD S. HONIGMAN (SBN 106914)
HARVEY T. ELAM (SBN 114796)
G. RUSSELL CLARK (SBN 144764)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:      (415) 397-3100
Facsimile:      (415) 397-3170

Attorneys for Defendant Eric K. Duarte
and other Releasees

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento Division

| | |
|---|---|
| BARBARA JERPE, individually and as Special Representative of the Heirs and Estate of CHARLES JERPE, deceased, and SARAH E. JERPE, etc., et al., <br><br>                    Plaintiffs,<br>         vs.<br><br>AEROSPATIALE HELICOPTER CORP., etc., et al.,<br><br>                    Defendants. | NO.: CIV S-03-0555  LKK  DAD<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANTS PITT HELICOPTERS, BRUCE CHAPMAN AND ERIC K. DUARTE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned action be and hereby is dismissed as to defendants Pitt

Helicopters, Inc., Bruce Chapman and Eric Duarte only, with prejudice pursuant to FRCP 41(a)(1).

Each party is to bear its own costs.

                                      Respectfully submitted,

DATE: September _29_, 2005

/s/ Harvey T. Elam for
Donald S. Honigman
KENNEY & MARKOWITZ L.L.P.
Attorney for Defendant
Eric Duarte

DATE: September _29_, 2005

/s/ Stephen L. Nelson
Stephen L. Nelson
BAILEY & PARTNERS
2828 Donald Douglas Loop North
Santa Monica, Ca. 90405
Attorney for Defendants Pitt Helicopters and
Bruce Chapman

DATE: September _27_, 2005

/s/ Louis Franecke
Louis Franecke
Law Offices of Louis Franecke
Attorney for Plaintiffs

IT IS SO ORDERED.

DATED: October 4, 2005

                                      /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge