1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   BARBARA JERPE, individually
     and as Special Representative
12   of the Heirs and Estate of
     CHARLES JERPE, deceased; and
13   SARAH E. JERPE,

14                   Plaintiffs,

15        v.                                    NO. CIV. S-03-555 LKK/DAD

16   AEROSPATIALE HELICOPTER CORP.,
     a Delaware corporation; MOUNTAIN
17   LIFE FLIGHT OF NEVADA, LLC., a
     Nevada corporation; PITT
18   HELICOPTERS, INC., a Nevada
     corporation; MOUNTAIN AVIATION
19   SERVICES, a Nevada corporation;
     BRUCE H. CHAPMAN; SUNDANCE
20   HELICOPTER; and ERIC K. DUART,

21                   Defendants.
     _____/
22

23   ////

24   ////

25   ////

26   ////

                                      1

1    A hearing on this case was scheduled for October 24, 2005, at
2    10:00 a.m., on the Law and Motion Calendar of this court pursuant
3    to defendant's motion to dismiss. Local Rule 78-230(c) for the
4    Eastern District of California specifies that an opposition or
5    statement of non-opposition to the granting of the motion shall be
6    in writing and shall be served and filed not less than fourteen
7    (14) days prior to the hearing. Plaintiff has failed to file an
8    opposition or statement of non-opposition.

9    Accordingly, the court ORDERS as follows:

10    1. Counsel for plaintiff, is hereby ORDERED TO SHOW CAUSE in
11    writing not later than ten (10) days from the effective date of
12    this order why sanctions should not issue in the above-captioned
13    case in the amount of One Hundred Fifty Dollars ($150) as required
14    by Local Rule 11-110 for failure to file a timely opposition in
15    accordance with Local Rule 78-230, unless that party timely files
16    a written Statement of No Opposition.  Hearing shall be held on the
17    Order to Show Cause at the time of hearing on this motion.

18    2.   The hearing on the motion for summary judgment presently
19    before the court is CONTINUED to November 7, 2005, where it will
20    be called on the court's regularly scheduled Law and Motion
21    Calendar, beginning at 10:00 a.m.

22    ////
23    ////
24    ////
25    ////
26    ////

1        3. Plaintiff's counsel is directed to file and serve the

2   opposition no later than October 24, 2005 at 4:00 p.m.

3        IT IS SO ORDERED.

4        DATED:  October 12, 2005.

5                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26