1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11  BARBARA JERPE, individually
    and as Special Representative
12  of the Heirs and Estate of
    CHARLES JERPE, deceased; and
13  SARAH E. JERPE,
14              Plaintiffs,
15       v.                                    NO. CIV. S-03-555 LKK/DAD
16  AEROSPATIALE HELICOPTER CORP.,
    a Delaware corporation; MOUNTAIN
17  LIFE FLIGHT OF NEVADA, LLC., a
    Nevada corporation; PITT
18  HELICOPTERS, INC., a Nevada
    corporation; MOUNTAIN AVIATION
19  SERVICES, a Nevada corporation;
    BRUCE H. CHAPMAN; SUNDANCE
20  HELICOPTER; and ERIC K. DUART,
21              Defendants.
                                          /
22
23  ////
24  ////
25  ////
26  ////

1

In order to resolve a request for more time to conduct discovery on the question of personal jurisdiction over Blue Hawaiian Helicopter, this court held a conference call on Friday, October 21, 2005. The court determined that plaintiffs' request for additional discovery would have to be granted before the court could decide the motion to dismiss.

Accordingly, the court ORDERS as follows:

1. Limited discovery may be conducted on the question of personal jurisdiction over Blue Hawaiian and shall be completed by February 28, 2006.[1]

2. Plaintiffs' opposition to the motion to dismiss, if any, shall be filed not later than March 20, 2006.

3. Blue Hawaiian's reply, if any, shall be filed not later than March 27, 2006.

4. Hearing on the motion is now SET for April 10, 2006 at 10:00 a.m. in Courtroom No. 4.

5. A Status Conference is set for April 24, 2006 at 1:30 p.m.

IT IS SO ORDERED.

DATED: October 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Discovery may proceed as previously scheduled on all other issues not related to Blue Hawaii.

2