IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, individually
and as Special Representative
of the Heirs and Estate of
CHARLES JERPE, deceased; and
SARAH E. JERPE

      Plaintiffs,

  v.

AEROSPATIALE HELICOPTER CORP.,
a Delaware corporation, et al.,

      Defendants.
_____/

No.  CIV.S-03-0555 LKK DAD

ORDER

      This matter came before the court on November 4, 2005, for hearing on defendant American Eurocopter Corporation's motion to compel answers to interrogatories.  Louis S. Franecke appeared on behalf of plaintiffs.  Kyle B. Levine appeared for defendant American Eurocopter Corporation.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1. Defendant's motion to compel is granted in part;

    2. Within ten (10) days, plaintiffs shall verify "under oath" those interrogatory answers already provided to defendant. Fed. R. Civ. P. 33(b)(1).  Plaintiffs also are reminded of their duty to supplement or correct prior disclosures or discovery responses when necessary.  See Fed. R. Civ. P. 26(e)(1), (2); and

    3.  The defendant's motion to compel is denied in all other respects.

DATED: November 4, 2005.

_____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.civil\jerpe0555.oah.110405