UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, et al.,

                               NO. CIV. S-03-555 LKK/DAD

    Plaintiffs,

  v.                                O R D E R

AEROSPATIALE, et al.,

    Defendants.
_____/

On October 12, 2006 a telephonic status conference was held with the parties. At that hearing, the court ordered as follows:

    1.   All previously set dates are hereby VACATED.
    2.   Close of discovery: January 30, 2007.
    3.   Law and Motion cut-off: March 30, 2007.
    4.   Pretrial Conference: July 2, 2007 at 1:30 p.m.
    5.   Trial: October 2, 2007.

IT IS SO ORDERED.

DATED: October 13, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT