UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, et al.,

                                      NO. CIV. S-03-555 LKK/DAD

       Plaintiffs,

  v.                                   O R D E R

AEROSPATIALE, et al.,

       Defendants.

       The court is in receipt of plaintiffs' request for an order preserving wreckage. As best the court can decipher from plaintiffs' one and one half page brief, plaintiffs seek an order which would prevent Plain Parts, the facility which houses the helicopter at issue in the underlying suit, from destroying the helicopter. Plain Parts and Dennis James, the owner of Plain Parts, are not parties to this case.

       The court must deny plaintiffs' request. First, plaintiffs fail to set forth any legal basis for their request. Although plaintiffs cite to Federal Rules of Civil Procedure 27 & 34 in their proposed order, neither of these rules pertain to plaintiffs'

1

1  request that Plain Parts not destroy the helicopter.  Plaintiffs
2  also fail to set forth any legal basis for how a court can impose
3  an order on a non-party.
4       Second, even if the court were to construe plaintiffs' request
5  as a request for a temporary restraining order, or a motion for
6  injunctive relief, plaintiffs have failed to set forth good cause
7  for why this request should be granted.  Plain Parts filed an
8  opposition which clearly states that the helicopter will not be
9  destroyed so long as rent is paid.  Plaintiffs simply fail to
10 explain why the court must intervene at this point in time.
11      For these reasons, plaintiffs' request is DENIED.
12      IT IS SO ORDERED.
13      DATED: November 7, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2