1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARBARA JERPE, et al.,

                                   NO. CIV. S-03-555 LKK/DAD
11
                Plaintiffs,
12
         v.                                O R D E R
13
     AEROSPATIALE, et al.,
14
                Defendants.
15   _____/

16        Pending on the March 12, 2007 law and motion calendar is a

17   motion for summary judgment filed by defendant, as well as several

18   motions filed by plaintiff.  Plaintiff's motions are entitled:  (1)

19   Motion for destructive testing of evidence, (FRCP Rule 16(b)); (2)

20   Motion for Rule 702 Daubert Hearing; and (3) Extension of Discovery

21   Cut-Off.  Accordingly, the court orders as follows:

22        1.   Defendant's   motion   for   summary   judgment   is   STAYED

23             pending resolution of plaintiff's motions.

24        2.   Defendant shall file an opposition or statement of non-

25             opposition no later than February 26, 2007.  Reply

26   ////

                                   1

1          briefs, if any, shall be due no later than March 5,

2          2007.

3     IT IS SO ORDERED.

4     DATED: February 9, 2007.

6     _____
      LAWRENCE K. KARLTON
7     SENIOR JUDGE
      UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2