UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, et al.,

                                   NO. CIV. S-03-555 LKK/DAD

    Plaintiffs,

  v.                                  O R D E R

AEROSPATIALE, et al.,

    Defendants.
_____/

    The court is in receipt of plaintiffs' objection to the proposed briefing of the choice of law issue. As set forth in the tentative pretrial order, defendant's brief shall be filed by August 15, 2007, plaintiffs' opposition shall be due 15 days thereafter, and replies shall be due 10 days thereafter. This affords plaintiffs with ample time to respond.

    Accordingly, plaintiffs' objection is overruled.

    IT IS SO ORDERED.

    DATED: July 6, 2007.

                                       /s/ Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT