Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile:  415-457-7041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| BARBARA JERPE, individually and as Special Representative of the Heirs and Estate of CHARLES JERPE, Deceased and SARAH E. JERPE,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROSPATIALE HELICOPTER CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | CASE NO. CIV-S-03-0555 LKK DAD<br><br>**ORDER EXTENDING TIME TO EXCHANGE EXHIBITS AND FILE OBJECTIONS TO SAID EXHIBITS** |

Plaintiffs have requested (1) an extension of time to and including Friday, July 27, 2007, within which the parties may exchange exhibits and (2) an extension of time to and including August 6, 2007, within which to file objections to said exhibits.

Good causing appearing therefor, IT IS HEREBY ORDERED that:

1. The parties may exchange exhibits up to and including Friday, July 27, 2007; and,

2. The parties may file objections to said exhibits up to and including Monday, August 6, 2007.

DATED: July 23, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROPOSED ORDER (CIV. S-03-0555 LKK DAD)**