UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, et al.,

                         NO. CIV. S-03-555 LKK/DAD

      Plaintiffs,

  v.                           O R D E R

AEROSPATIALE, et al.,

      Defendants.
_____/

    The court is in receipt of the stipulation and order of dismissal submitted by plaintiffs and defendant Blades Aviation. The proposed order states that plaintiffs may be permitted to re-join the defendant in this action depending on results obtained in continuing discovery. Given that this case is set for trial on October 2, 2007, and that the discovery deadline has passed, it is unclear what the proposed order would accomplish. In addition, the stipulation does not contain the signature of defendant Blades Aviation.

    Accordingly, the court declines to sign the proposed order in its current form.

1

1   IT IS SO ORDERED.

2   DATED: August 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2