Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile:  415-457-7041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| BARBARA JERPE, individually and as Special Representative of the Heirs and Estate of CHARLES JERPE, Deceased and SARAH E. JERPE,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROSPATIALE HELICOPTER CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | CASE NO. CIV-S-03-0555 LKK DAD<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE TRIAL AND MOTION HEARING DATES** |

IT IS HEREBY STIPULATED by and between Plaintiffs BARBARA JERPE and SARAH JERPE, by and through their attorney of record, Louis S. Franecke, and Defendant AMERICAN EUROCOPTER CORPORATION, by and through its attorney of record, Eric C. Strain of the law firm Nixon Peabody LLP, who together make up all of the parties in this action, as follows:

1. Due to the congestion on the Court's calendar, the Court has issued a Minute Order continuing the Jury Trial that had been scheduled to begin on October 2, 2007 to December 11, 2007. [Docket 349.]  Because counsel for both parties have existing conflicts with the new December 11,

2007 trial date, the parties hereby request that the trial be further continued to Tuesday, January 29, 2007, at 10:30 a.m., in Courtroom 4.

2. Also due to existing conflicts, the parties request that the hearing on the parties' Motions in Limine and Defendant's Motion for Application of Texas Law, which the Court continued from September 28, 2007 to November 13, 2007, be further continued to Monday, December 17, 2007, at 10:00 a.m. in Courtroom 4.

3. The parties have cleared these new dates with the Court's clerk.

IT IS SO STIPULATED.

DATED: September 6, 2007          ____/s/ Louis S. Franecke_____
                                  Louis S. Franecke, Esq. (CSB#52386)
                                  FRANECKE LAW GROUP
                                  1115 Irwin Street, Suite 100
                                  San Rafael, CA 94901
                                  Telephone: 415-457-7040
                                  e-mail: louis.franecke@gte.net

DATED: September 6, 2007          ___/s/ Eric C. Strain_____
                                  Eric Strain, Esq. (CSB#203834)
                                  NIXON PEABODY LLP
                                  One Embarcadero Center
                                  San Francisco, CA 94111
                                  Telephone: 415-984-8200
                                  e-mail: estrain@nixonpeabody.com

IT IS SO ORDERED.

DATED: September 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT