UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA JERPE, et al.,

                                        NO. CIV. S-03-555 LKK/DAD

      Plaintiffs,

  v.                                 O R D E R

AEROSPATIALE, et al.,

      Defendants.
_____/

    A telephonic conference was held on August 25, 2008 at which Louis Franecke and Gary Mann were present for the plaintiffs and Hugh R. Koss and Eric Strain were present for the defendants. Based on the representations of the parties made during that conference, the court orders as follows:

    1.    The court defers resolution of objections to the parties' demonstrative evidence until the first day of trial. Such objections shall be raised after the empaneling of the jury, out of the presence of the jury.

    2.    Defendants' <u>Daubert</u> motions and request for hearing concerning same are denied as untimely.

1

3.  The plaintiffs' motion to permit videoconferencing of witnesses during trial is GRANTED. Plaintiffs are directed to contact the Information Technology office of the District Court to make all necessary arrangements. For each witness whose testimony the plaintiff intends to present via videoconference, each party must notice to the opposing party not later than five (5) days prior to that witness' testimony all documents on which the party intends to examine the witness. Not later than three (3) days prior to the witness' testimony, each party must notice to the opposing party any rebuttal documents on which the party intends to examine the witness.

IT IS SO ORDERED.

DATED: August 26, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT